| LOLA MARVENE MAHER, WIFE OF/AND JOHNY (NMI) MAHER | * | NO. 2023-CA-0416 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| NEW ORLEANS CITY PARK AND/OR NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION; AND THE STATE OF LOUISIANA EX REL. DEPARTMENT OF CULTURE, RECREATION, AND TOURISM | * | STATE OF LOUISIANA |

\* \* \* \* \* \* \*

**HERMAN, J., CONCURS IN THE RESULT**

I respectfully concur in the result.